The People of the State of New York v. Walter Henry.— Motion denied on condition that appellant be ready for January term.

The People of the State of New York v. Gaetano Tringali.— Motion granted.

The People of the State of New York v. Frederick Smith.— Motion granted.

Josephine B. White v. Charles H. White.— Motion granted, with ten dollars costs.

Samuel Wormser v. William Gehri.— Motion denied on condition that appellant be ready for January term.

William Oppenheim v. A. Thanasouli.— Motion granted, without costs. Settle order on notice.

Harold Swain v. James K. Price. Max Lowenberg v. Abraham Gershel. William Clausen v. Robert W. Vonnoh. William H. Page v. Candelaria, etc., Company. Franklin Bien v. Julius M. Ferguson.— Applications for leave to appeal from Appellate Term to Appellate Division denied, with ten dollars costs in each case.

Francis J. Lantry v. Samuel V. Hoffman and Others.— Application granted.

Edward Morley v. George A. Castor.— Motion granted. Settle order on notice.

In the Matter of Giuseppe A. Mulieri.— Reference ordered. Settle order on notice.

In the Matter of John Gaffney and Others.— Motion granted. Settle order on notice.

Hugh Daly, as Administrator, etc., v. James Butler.— Motion denied, with ten dollars costs.

Margaret Crowe, as Administratrix, etc., v. Herrmance Storage Company.— Motion denied, with ten dollars costs.

Frank L. Tyson v. Board of Education.— Motion denied, with ten dollars costs.

Kathrine C. Gould v. Howard Gould.— Motion denied, with ten dollars costs.

In the Matter of Joseph D. Hart.— Reference ordered. Settle order on notice.

Richard Deeves & Son v. Manhattan Life Insurance Company.— Motion denied, with ten dollars costs.

John Nissen, Respondent, v. Joseph Langan, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Joseph Weber, Respondent, v. The Credit Office, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. (Laughlin, J., dissenting.)

Minnie Marx, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Hudson and Manhattan Railroad Company, Respondent, v. Josephine J. S. Wendel, Appellant, Impleaded with Katharine Jackson and Others.— Judgment modified by striking from the 2d paragraph thereof the words "in fee simple," and inserting in lieu thereof the words "for the uses and purposes of the corporation during the continuance of the corporate existence." With this modification of the judgment the order appealed from is affirmed. No opinion. Settle order on notice.